IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARVIN PAUL ELSESSER,                )
                                     )
                                     )
                                     )
                                     )
        Plaintiff,                    )
                                     )
    v.                                )         No. 26-591
                                     )         Judge Meriweather
THE UNITED STATES,                    )
                                     )
        Defendant.                    )

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

Please enter the appearance of _____Patrick S. Angulo_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Patrick S. Angulo
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Patrick S. Angulo
Patrick S. Angulo
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 507-6083

Email: Patrick.S.Angulo@usdoj.gov

Dated: April 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this <u>28th</u> day of <u>April, 2026</u>, I

caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE

OF APPEARANCE" addressed as follows:

MARVIN PAUL ELSESSER<br>7671 Airport Road<br>Vanderbilt, MI 49795

_____ /s/ Patrick S. Angulo _____